David C. Werner, SBN: 67993
Thomas P. Abbott, SBN: 130670
Law Offices of David C. Werner
23422 Mill Creek Drive, Suite 110
Laguna Hills, CA 92653
(949) 460-9280
FAX: (949) 460-9286

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RYAN LIEWER | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SACV09-568 DOC (RNBx) |
| v. | |
| COUNTY OF ORANGE, et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

RYAN LIEWER    ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute    DAVID C. WERNER    who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

23422 MILL CREEK DRIVE, SUITE 110
*Street Address*

LAGUNA HILLS, CA 92653                davidw@wernerllp.com
*City, State, Zip*                     *E-Mail Address*

(949) 460-9280           (949) 460-9286           67993
*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record in place and stead of EUGENE C. ANDRES, III
                                            *Present Attorney*

is hereby    ☑ GRANTED    ☐ DENIED

Dated August 13, 2009         /s/ David O. Carter
                              U. S. District Judge/U.S. Magistrate Judge

RECEIVED BUT NOT FILED
AUG 13 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

PROOF OF SERVICE

STATE OF CALIFORNIA; COUNTY OF ORANGE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 23422 Mill Creek Drive, Suite 110, Laguna Hills, CA 92653. On August 13, 2009, I served the within documents(s):

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

[X]  [MAIL] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with thee U.S. Postal Service on that same day with postage thereon fully prepaid at Laguna Hills, California, in the ordinary course of business.

[]  [BY FEDERAL EXPRESS] I caused such envelope to be delivered via Federal Express to the offices of the above address(es) listed above.

[]  [PERSONAL SERVICE] I hand delivered such envelope by hand to the addressee(s) listed above.

[X]  [FEDERAL] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SEE "SERVICE LIST" ATTACHED**

Executed on August 13, 2009, in Laguna Hills, California.

_____
LAURINDA L. SPAULDING

Law Offices
Of
David C. Werner

PROOF OF SERVICE

## "SERVICE LIST"
## LIEWER V. OC SHERIFFS

| | |
|---|---|
| David D. Lawrence, Esq.<br>Christina M. Sprenger, Esq.<br>Maria Z. Markova, Esq.<br>Daniel S. Cha, Esq.<br>Lawrence Beach Allen & Choi, PC<br>A Professional Corporation<br>1600 North Broadway, Suite 1010<br>Santa Ana, CA 92706<br><br>(714) 479-0180<br>FAX: (714) 479-0181 | ATTORNEYS FOR DEFENDANTS:<br>COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, SHERIFF SANDRA HUTCHENS, DEPUTY SILVA AND DEPUTY BROWN |